# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>PLAINTIFF(S)<br>v.<br><br>Galeb Mizyed, et al<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:03-cr-00398-R<br><br>**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (Related Criminal Cases)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

January 21, 2022                              *Christina A. Snyder* /s/
_____                              _____
Date                                           United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth below:

_____

_____

_____

_____                              _____
Date                                           United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  2:02-cr-00003 CAS                       and the present case:

☒ A. Arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

☐ B. Involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

### Notice to Counsel from Clerk

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because documents are routed to the assigned judge by means of these initials.

cc: ☐ PSALA  ☐ PSAED  ☐ USMLA  ☐ USMSA  ☐ USMED  ☐ Previous Judge  ☐ Statistics Clerk

CR-59 (03/21)       **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (Related Criminal Cases)**